**Order filed November 1, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00984-CV
_____

### IN RE PATRICIA C. DAVIS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 411,070**

---

## ORDER

On October 29, 2012, relator, Patricia C. Davis filed a petition for writ of mandamus. *See* Tex. Gov't Code Ann. § 22.221. Relator asks this Court to order The Honorable Rory R. Olsen, Judge of Probate Court No. 3, Harris County, Texas, to set aside his order dated June 21, 2012, entered in trial court cause number 411,070, styled *Estate of Odie Turner, Deceased*. Relator claims the trial court abused its discretion in denying her motion to transfer the underlying proceeding to Leon County.

It appears from the facts stated in the petition that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. *See* Tex. R. App. p. 52.8(b), 52.10.

We therefore ORDER that the proceedings of the court below be stayed in trial court cause number 411,070, styled *Estate of Odie Turner, Deceased*. Such proceedings are stayed until final decision by this Court of relator's petition for writ of mandamus, or until further orders of this Court.

The real party in interest, Barbara Youngblood, is requested to file a response on or before November 19, 2012.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.